# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

REGINALD L. DUNAHUE,　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #106911

v.　　　　　　　　　　　2:18CV00021-JM-JTK

WENDY KELLY, et al.　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendants Kelly, Reed, and Andrews are DISMISSED from this action, without prejudice.

2. All claims other than the failure to protect claims against Defendants Knott and Crawford are DISMISSED without prejudice.

IT IS SO ORDERED this 1st day of March, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE