# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

REGINALD DUNAHUE,                                          PLAINTIFF
ADC #106911

v.                    2:18CV00021-JM-JTK

WENDY KELLY, et al.                                   DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a <u>de novo</u> review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 116) is GRANTED, and Plaintiff's Complaint is DISMISSED with prejudice.

It is further ordered that Plaintiff's sixth motion to appoint counsel (Doc. No. 129) is DENIED.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 18th day of March, 2019.

                                                   _____
                                                   JAMES M. MOODY, JR.
                                                   UNITED STATES DISTRICT JUDGE